

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0903-H |
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| NORMA LETICIA MARTINEZ, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about February 29, 2008, within the Southern District of California, defendant NORMA LETICIA MARTINEZ, did knowingly and intentionally import approximately 49.76 kilograms (109.47 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 3/27/08.

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:psd:San Diego
3/10/08