```
 1 | KAREN P. HEWITT
   | United States Attorney
 2 | GREGORY F. NOONAN
   | Assistant U.S. Attorney
 3 | California State Bar No. *Pending*
   | United States Attorney's Office
 4 | 880 Front Street, Room 6293
   | San Diego, California 92101-8893
 5 | 619 557-5790   (Telephone)/619 557-5551 (Fax)
   | Email: gregory.noonan@usdoj.gov
 6 |
   | Attorneys for Plaintiff
 7 | United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No.   08CR0903-H |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| NORMA LETICIA MARTINEZ, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case.

    I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

    The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case.

    1.   None.

//

//

//

1   Effective this date, the following attorneys are no longer associated with this case and should
2  not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.
3  Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

4   1.   James P. Melendres.

5  Please feel free to call me if you have any questions about this notice.

6  DATED: May 15, 2008.

                           KAREN P. HEWITT
                           United States Attorney

                           s/Gregory F. Noonan
                           GREGORY F. NOONAN
                           Assistant U.S. Attorney

Notice of Appearance                           08CR0903-H
United States v. Norma Leticia Martinez

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.   08CR0903-H |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| NORMA LETICIA MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

     I, , am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

     I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance as lead counsel for the United States**, dated May 15, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

  1.   Julie A. Blair, Attorney for Defendant Norma Leticia Martinez.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on May 15, 2008.

                                                   s/Gregory F. Noonan
                                                 GREGORY F. NOONAN
                                                 Assistant U.S. Attorney

Notice of Appearance                                                      08CR0903-H
United States v. Norma Leticia Martinez